### Headman's Estate

Before Van Dusen, P. J., Sinkler, Klein, Bolger, Ladner and Hunter, JJ.

322

324

*W. Horace Hepburn, Jr.*, for exceptant.

*T. McKeen Chidsey*, Attorney General, by *F. Gilman Spencer*, Special Deputy Attorney General, for Commonwealth.

PER CURIAM, May 29, 1947.—The exceptions are dismissed for the reasons given in the opinion of the learned hearing judge, and the said opinion is confirmed absolutely.